Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com



**Jack Thomas**
jack.thomas@troutman.com

June 10, 2021

Hon. Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
(212) 805-0224

**Re:** Petitioner West Coast Life Insurance Company's Petition to Confirm and Motion to Seal (Case No. 7:21-MC-00467-PGG)—Letter Response to the Court's June 7, 2021 Order

Dear Judge Gardephe:

Swiss Re Life & Health America Inc. ("Swiss Re") submits this letter in response to the Court's June 7, 2021 Order.  Pursuant to the Court's Order dated June 7, 2021, the Parties exchanged views in correspondence but, unfortunately, are at an impasse.

In accordance with the Court ordering the Parties to "file a joint letter setting forth how they wish to proceed[,]" Swiss Re had proposed to West Coast Life Insurance Company ("West Coast") that the Parties submit a joint letter stating the following:

> This letter is submitted jointly on behalf of West Coast Life Insurance Company ("West Coast") and Swiss Re Life & Health America Inc. ("Swiss Re") pursuant to the Court's Order dated June 7, 2021. The Parties have exchanged correspondence and are at an impasse.
>
> Therefore, Swiss Re requests until Tuesday, June 15 to file a joinder in West Coast's motion to seal and its petition to confirm.  As noted, Swiss Re has no objection to confirmation.  Swiss Re also intends to file a supplemental motion to seal additional documents in this proceeding.
>
> In the interim, Swiss Re requests that the Court continue to temporarily keep the filings in this proceeding under seal until the Court has had an opportunity to review and consider Swiss Re's joinder in West Coast's motion to seal and supplemental motion to seal additional documents in this proceeding.

West Coast refused to submit the proposed joint letter, and instead indicated its intention to file a letter setting out its arguments on the merits.  Despite the Court's

116831233

Hon. Paul G. Gardephe
June 10, 2021
Page 2



limited directive, West Coast seems intent to use its letter as a vehicle to attempt to get into the public record that which is not public record.

For that reason, unfortunately, Swiss Re submits this update alone.  Swiss Re's position is as set forth above, in the draft rejected by West Coast.

Sincerely,

John N. Thomas

cc:   Rachel E. Kramer
      Neil J. Moglin
      William C. O'Neill
      Samrah R. Mahmoud

116831233