UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEST COAST LIFE INSURANCE COMPANY,

          Petitioner,

- against -

SWISS RE LIFE & HEALTH AMERICA INC., as administrator for The Lincoln National Life Insurance Company,

          Respondent.

**ORDER**

21-mc-467

PAUL G. GARDEPHE, U.S.D.J.:

      Petitioner's motion to seal Exhibit 3 (see Dkt. No. 1) is granted for a period of seven days. After that time, any application for continued sealing should be addressed to either the current Part I judge or the judge ultimately assigned to this matter. With regard to Respondent's supplemental motion (see Dkt. No. 11), Respondent is directed to make an application to the current Part I judge for any new relief sought.

Dated: New York, New York
       June 15, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Part I